# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: ESPOSITO, FRANK<br>     ESPOSITO, LUCILLE<br><br>Debtors | § Case No. 08B-15424<br>§<br>§<br>§ |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on June 16, 2008. The undersigned trustee was appointed on June 16, 2008.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $      378,604.37

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Administrative expenses | 44,314.35 |
   | Payments to creditors | 192,904.04 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 30,000.00 |
   | Leaving a balance on hand of | $    111,385.98 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

**UST Form 101-7-TFR (4/1/2009)**

     6. The deadline for filing claims in this case was 02/02/2009. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $20,680.22. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $0.00 as interim compensation and now requests the sum of $20,680.22, for a total compensation of $20,680.22. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $100.00, for total expenses of $100.00.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/24/2009          By: /s/DAVID GROCHOCINSKI, TRUSTEE
                                       Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TFR (4/1/2009)**

Exhibit A

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08B-15424  
**Case Name:** ESPOSITO, FRANK  
ESPOSITO, LUCILLE  
**Period Ending:** 07/24/09

**Trustee:** (520067)  DAVID GROCHOCINSKI, TRUSTEE  
**Filed (f) or Converted (c):** 06/16/08 (f)  
**§341(a) Meeting Date:** 07/15/08  
**Claims Bar Date:** 02/02/09

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 779 GLENBARD ROAD, GLEN ELLYN, IL | 350,000.00 | 179,174.63 | | 378,519.32 | FA |
| 2 | HOUSEHOLD GOODS | 3,000.00 | 0.00 | | 0.00 | FA |
| 3 | WEARING APPAREL | 500.00 | 0.00 | | 0.00 | FA |
| 4 | ENGAGEMENT RING | 300.00 | 0.00 | | 0.00 | FA |
| 5 | TERM LIFE INSURANCE | 0.00 | 0.00 | | 0.00 | FA |
| 6 | PENSION FROM SEARS | Unknown | 0.00 | | 0.00 | FA |
| 7 | IRAs | 203,722.50 | 0.00 | | 0.00 | FA |
| 8 | 2006 HONDA CIVIC | Unknown | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 85.05 | Unknown |
| 9 | Assets   Totals (Excluding unknown values) | **$557,522.50** | **$179,174.63** | | **$378,604.37** | **$0.00** |

**Major Activities Affecting Case Closing:**

SOLD REAL ESTATE; REVIEWING CLAIMS AND ACCOUNTANT NEEDS TO PREPARE FINAL TAX RETURNS

**Initial Projected Date Of Final Report (TFR):**   June 30, 2010    **Current Projected Date Of Final Report (TFR):**   December 30, 2009

Printed: 07/24/2009 01:33 PM    V.11.21

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 08B-15424 | **Trustee:** | DAVID GROCHOCINSKI, TRUSTEE (520067) | |
| **Case Name:** | ESPOSITO, FRANK | **Bank Name:** | JPMORGAN CHASE BANK, N.A. | |
| | ESPOSITO, LUCILLE | **Account:** | ***-*****80-65 - Money Market Account | |
| **Taxpayer ID #:** | 35-6799132 | **Blanket Bond:** | $5,000,000.00  (per case limit) | |
| **Period Ending:** | 07/24/09 | **Separate Bond:** | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 12/22/08 | | CHICAGO TITLE & TRUST COMPANY | SALE OF REAL ESTATE | | 111,388.25 | | 111,388.25 |
| | {1} | | 378,500.00 | 1110-000 | | | 111,388.25 |
| | | FIRST AMERICAN BANK | FIRST MORTGAGE    -145,685.49 | 4110-000 | | | 111,388.25 |
| | | WELLS FARGO BANK | SECOND MORTGAGE    -47,218.55 | 4110-000 | | | 111,388.25 |
| | | DUPAGE COUNTY TREASURER | COUNTY TAXES 2008    -9,259.19 | 2820-000 | | | 111,388.25 |
| | | | COMMISSION    -18,925.00 | 3510-000 | | | 111,388.25 |
| | | CHICAGO TITLE | TITLE INSURANCE    -1,410.00 | 2500-000 | | | 111,388.25 |
| | | CHICAGO TITLE | OVERNIGHT DELIVERY FEES    -50.00 | 2500-000 | | | 111,388.25 |
| | | CHICAGO TITLE | COURTHOUSE FEE    -150.00 | 2500-000 | | | 111,388.25 |
| | | CHICAGO TITLE | RECORDATION FEES    -180.00 | 2500-000 | | | 111,388.25 |
| | | DUPAGE COUNTY | COUNTY STAMPS    -189.25 | 2820-000 | | | 111,388.25 |
| | | | STATE STAMPS    -378.50 | 2820-000 | | | 111,388.25 |
| | | ASSOCIATED SURVEY | SURVEY COST    -300.00 | 2500-000 | | | 111,388.25 |
| | | CITY OF GLEN ELLYN | CITY STAMPS    -1,136.00 | 2820-000 | | | 111,388.25 |
| | | HARRIET BODE | WATER BILL    -403.44 | 2500-000 | | | 111,388.25 |
| | | FRANK ESPOSITO | EXEMPTION    -15,000.00 | 8100-002 | | | 111,388.25 |
| | | LUCILLE ESPOSITO | EXEMPTION    -15,000.00 | 8100-002 | | | 111,388.25 |
| | | DUPAGE COUNTY CLERK | REDEMPTION OF TAXES 2007    -10,326.33 | 2820-000 | | | 111,388.25 |
| | | | CREDIT TO BUYER    -1,500.00 | 2500-000 | | | 111,388.25 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.43 | | 111,390.68 |
| 01/29/09 | {1} | CHICAGO TITLE & TRUST CO | PROCEEDS FROM SALE OF HOME | 1110-000 | 19.32 | | 111,410.00 |
| 01/29/09 | 1001 | UPS | OVERNIGHT DELIVERY CHARGES | 2990-000 | | 14.28 | 111,395.72 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 13.70 | | 111,409.42 |
| 02/05/09 | 1002 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2008 FOR CASE #08B-15424, BOND#016026455 | 2300-000 | | 92.36 | 111,317.06 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 12.78 | | 111,329.84 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 14.60 | | 111,344.44 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 13.69 | | 111,358.13 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 13.24 | | 111,371.37 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 14.61 | | 111,385.98 |

Subtotals :    $111,492.62    $106.64

{} Asset reference(s)    Printed: 07/24/2009 01:33 PM    V.11.21

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 08B-15424  
**Case Name:** ESPOSITO, FRANK  
ESPOSITO, LUCILLE  
**Taxpayer ID #:** 35-6799132  
**Period Ending:** 07/24/09

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****80-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 111,492.62 | 106.64 | $111,385.98 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 111,492.62 | 106.64 | |
| | | | Less: Payments to Debtors | | | 30,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$111,492.62** | **$-29,893.36** | |

{} Asset reference(s)

Printed: 07/24/2009 01:33 PM    V.11.21

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 08B-15424 | | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|---|
| Case Name: | ESPOSITO, FRANK | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | ESPOSITO, LUCILLE | | Account: | ***-*****80-66 - Checking Account |
| Taxpayer ID #: | 35-6799132 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 07/24/09 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

|  |  |
|---|---:|
| Net Receipts : | 111,492.62 |
| Plus Gross Adjustments : | 267,111.75 |
| Less Payments to Debtor : | 30,000.00 |
| Net Estate : | $348,604.37 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---:|---:|---:|
| **MMA # ***-*****80-65** | 111,492.62 | -29,893.36 | 111,385.98 |
| **Checking # ***-*****80-66** | 0.00 | 0.00 | 0.00 |
| | **$111,492.62** | **$106.64** | **$111,385.98** |

{} Asset reference(s)                Printed: 07/24/2009 01:33 PM    V.11.21

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08B-15424
Case Name: ESPOSITO, FRANK
Trustee Name: DAVID GROCHOCINSKI, TRUSTEE

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| IL DEPT OF EMPLOYMENT SECURITY | $ 2,078.88 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Trustee | DAVID GROCHOCINSKI, TRUSTEE | $ 20,680.22 | $ 100.00 |
| Attorney for trustee | GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. | $ 5,275.00 | $ 78.80 |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | $ 1,530.00 | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

**UST Form 101-7-TFR (4/1/2009)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $133.74 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 001 | IL DEPT OF EMPLOYMENT SECURITY | $ 133.74 | $ 133.74 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 652,592.33 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 12.5 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 002 | CHASE BANK USA | $ 345.93 | $ 43.22 |
| 003 | FIRST AMERICAN BANK | $ 138,221.28 | $ 17,263.95 |
| 004 | DISCOVER BANK/DFS SERVICES LLC | $ 14,749.15 | $ 1,842.18 |
| 005 | COMERICA BANK | $ 499,275.97 | $ 62,359.99 |

**UST Form 101-7-TFR (4/1/2009)**

Late filed general (unsecured) claims are as follows:

*Claim Number*    *Claimant*                           *Allowed Amt. of Claim*    *Proposed Payment*

                N/A

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

*Claim Number*    *Claimant*                           *Allowed Amt. of Claim*    *Proposed Payment*

                N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-TFR (4/1/2009)**