**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| In re: ESPOSITO, FRANK § <br> ESPOSITO, LUCILLE § <br> § <br> Debtors § | Case No. 08B-15424 |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that DAVID GROCHOCINSKI, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications.

| | |
|---|---|
| *The Final Report shows receipts of* | $ 378,618.52 |
| *and approved disbursements of* | $ 267,218.39 |
| *leaving a balance of* | $ 111,400.13 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| IL DEPT OF EMPLOYMENT SECURITY | $ 2,078.88 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | DAVID GROCHOCINSKI, TRUSTEE | $ 20,680.22 | $ 100.00 |
| *Attorney for trustee* | GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. | $ 5,275.00 | $ 78.80 |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | $ 1,530.00 | $ |

**UST Form 101-7-NFR (4/1/2009)**

| | | | |
|---|---|---|---|
| *Special Attorney for trustee* | _____ | $_____ | $_____ |
| *Charges,* | U.S. Bankruptcy Court | $_____ | $_____ |
| *Fees,* | United States Trustee | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $133.74 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 001 | IL DEPT OF EMPLOYMENT SECURITY | $         133.74 | $         133.74 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 652,592.33 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 12.5 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|

**UST Form 101-7-NFR (4/1/2009)**

| | | | |
|---|---|---|---|
| 002 | CHASE BANK USA | $ 345.93 | $ 43.22 |
| 003 | FIRST AMERICAN BANK | $ 138,221.28 | $ 17,263.95 |
| 004 | DISCOVER BANK/DFS SERVICES LLC | $ 14,749.15 | $ 1,842.18 |
| 005 | COMERICA BANK | $ 499,275.97 | $ 62,359.99 |

Late filed general (unsecured) claims are as follows:

*Claim Number*   *Claimant*                              *Allowed Amt. of Claim*   *Proposed Payment*

N/A

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

*Claim Number*   *Claimant*                              *Allowed Amt. of Claim*   *Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

**UST Form 101-7-NFR (4/1/2009)**

The trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court:

Clerk of U.S. Bankruptcy Court
219 S. Dearborn Street
Chicago, IL  60604

If local court rules so require, the following procedure for objecting must be followed:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:00 on 09/11/2009 in Courtroom 4016, United States Courthouse,
DuPage County Courthouse
505 N. County Farm Road
DuPage, IL  60187.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date:  08/05/2009            By:  /s/DAVID GROCHOCINSKI, TRUSTEE
                                          Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (4/1/2009)

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: dpruitt               Page 1 of 1                   Date Rcvd: Aug 06, 2009
Case: 08-15424                Form ID: pdf006             Total Noticed: 26

The following entities were noticed by first class mail on Aug 08, 2009.
db/jdb        +Frank Gennaro Esposito,   Lucille Esposito,   779 Glenbard Road,   Glen Ellyn, IL 60137-6364
aty           +Ariane Holtschlag,   Grochocinski, Grochocinski & Lloyd, Ltd.,   1900 Ravinia Place,
                Orland Park, IL 60462-3760
aty           +David E Grochocinski,   Grochocinski & Grochocinski,   1900 Ravinia Place,
                Orland Park, IL 60462-3760
aty           +David P Lloyd,   Grochocinski, Grochocinski & Lloyd,   1900 Ravinia Place,
                Orland Park, IL 60462-3760
aty           +Kathleen McGuire,   Grochocinski, Grochocinski & Lloyd, Ltd,   1900 Ravinia Place,
                Orland Park, IL 60462-3760
aty           +Richard D. Grossman,   Richard D Grossman Law Offices,   225 West Wacker Drive,   20th Floor,
                Chicago, IL 60606-1224
tr            +David E Grochocinski,   Grochocinski, Grochocinski & Lloyd, Ltd.,   1900 Ravinia Place,
                Orland Park, IL 60462-3760
12330752     ++AMERICAN HONDA FINANCE,   P O BOX 168088,   IRVING TX 75016-8088
               (address filed with court:  American Honda Finance Corp,    P O Box 5308,   Elgin, IL  60121-5308)
12330753      AT&T,   P O Box 8212,   Aurora, IL  605728212
12330754     +Avaya,   3795 Data Drive,   Norcross, GA 30092-6533
12424942     +CHASE BANK USA,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
12330755      City of Chgo Dept of Water,   Bureau of Billings & Customer,   P O Box 6330,
                Chicago, IL  60680-6330
12330756     +Comerica,   1717 Main Street,   Dallas, TX 75201-4612
12927055     +Comerica Bank,   Kurt M Carlson etal,   191 N Wacker Drive Ste 1800,   Chicago IL 60606-1631
12330759     +FJN Properties,   2121 West Army Trail Rd,   Addison, IL 60101-5612
12330758     +First American Bank,   Lebow Malecki & Tasch LLC,   1200 Jorie Blvd Suite 329,
                Oak Brook IL 60523-2283
12330760     +Goldman and Grant,   205 West Randolph,   Chicago, IL 60606-1867
12330761     +IL Dept of Employment Security,   33 South State Street,   Chicago, IL 60603-2808
12330764     +Kurt M Carlson,   200 S Wacker Drive,   Suite 3000,   Chicago, IL 60606-5815
12330762     +NCO Financial Services,   507 Prudential Road,   Horsham, PA 19044-2368
12330763     +Nigro & Westfall PC,   1793 Bloomingdale Road,   Glendale Heights, IL 60139-2187
12330751     +Richard D Grossman,   225 West Wacker Drive,   20th Floor,   Chicago, IL 60606-1224
12330765     +Wells Fargo Bank,   Andrew J Nelson,   Pierce & Associates PC,   1 North Dearborn Ste 1300,
                Chicago IL 60602-4331
12330767     +Wexler & Wexler,   500 W Madison #2910,   Chicago, IL 60661-2587
The following entities were noticed by electronic transmission on Aug 07, 2009.
12330757      E-mail/PDF: mrdiscen@discoverfinancial.com Aug 07 2009 07:31:18      Discover Card,
                P O Box 15192,   Wilmington , DE  19850-5192
12871298     +E-mail/PDF: mrdiscen@discoverfinancial.com Aug 07 2009 07:31:18      Discover Bank/DFS Service LLC,
                PO Box 3025,   New Albany, OH 43054-3025
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12330766       Carol Stream, IL  60197
12330749*     +Frank Gennaro Esposito,   779 Glenbard Road,   Glen Ellyn, IL 60137-6364
12330750*     +Lucille Esposito,   779 Glenbard Road,   Glen Ellyn, IL 60137-6364
                                                                                              TOTALS: 1, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 08, 2009**          **Signature:** _Joseph Speetjens_