# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Honorable: JOHN H. SQUIRES

Hearing Date: September 11, 2009

Bankruptcy Case No.: 08 B 15424

Adversary No.:

Title of Case: Frank & Lucille Esposito

Brief Statement of Motion: Notice on Trustee's Final Report and Account and hearing on applications for compensation and on abandonment of property by the Trustee

Names and Addresses of moving counsel:

Representing:

## ORDER

Continued to September 25, 2009 at 10:00 a.m as to trustee's application. Leave is given Trustee to supplement his application for compensation on or before September 18, 2009.

*/s/ John H. Squires*

6/11/99