**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: ESPOSITO, FRANK | § | Case No. 08-15424-JS |
| ESPOSITO, LUCILLE | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

     DAVID GROCHOCINSKI, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

```
Assets Abandoned:  $0.00                    Assets Exempt:  $237,522.50

Total Distribution to Claimants: $276,665.26    Claims Discharged
                                                 Without Payment: $432,822.45

Total Expenses of Administration: $71,978.37
```

     3) Total gross receipts of $ 378,643.63 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 30,000.00 (see **Exhibit 2**), yielded net receipts of $348,643.63 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $194,982.92 | $194,982.92 | $194,982.92 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 71,978.37 | 71,978.37 | 71,978.37 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 133.74 | 133.74 | 133.74 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 652,592.33 | 514,371.05 | 81,548.60 |
| **TOTAL DISBURSEMENTS** | $0.00 | $919,687.36 | $781,466.08 | $348,643.63 |

    4) This case was originally filed under Chapter 7 on June 16, 2008.
. The case was pending for 18 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/14/2010     By: /s/DAVID GROCHOCINSKI, TRUSTEE
                                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 − GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| 779 GLENBARD ROAD, GLEN ELLYN, IL | 1110-000 | 378,519.32 |
| Interest Income | 1270-000 | 124.31 |
| **TOTAL GROSS RECEIPTS** | | **$378,643.63** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 − FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| FRANK ESPOSITO | EXEMPTION | 8100-002 | 15,000.00 |
| LUCILLE ESPOSITO | EXEMPTION | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$30,000.00** |

### EXHIBIT 3 − SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FIRST AMERICAN BANK | 4110-000 | N/A | 145,685.49 | 145,685.49 | 145,685.49 |
| WELLS FARGO BANK | 4110-000 | N/A | 47,218.55 | 47,218.55 | 47,218.55 |
| IL DEPT OF EMPLOYMENT SECURITY | 4800-000 | N/A | 2,078.88 | 2,078.88 | 2,078.88 |
| **TOTAL SECURED CLAIMS** | | **$0.00** | **$194,982.92** | **$194,982.92** | **$194,982.92** |

**UST Form 101-7-TDR (9/1/2009)**

## **EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID GROCHOCINSKI, TRUSTEE | 2100-000 | N/A | 20,680.22 | 20,680.22 | 20,680.22 |
| DAVID GROCHOCINSKI, TRUSTEE | 2200-000 | N/A | 100.00 | 100.00 | 100.00 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 3110-000 | N/A | 5,275.00 | 5,275.00 | 5,275.00 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 3120-000 | N/A | 78.80 | 78.80 | 78.80 |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | 3410-000 | N/A | 1,530.00 | 1,530.00 | 1,530.00 |
| DUPAGE COUNTY TREASURER | 2820-000 | N/A | 9,259.19 | 9,259.19 | 9,259.19 |
| CHICAGO TITLE & TRUST COMPANY | 3510-000 | N/A | 18,925.00 | 18,925.00 | 18,925.00 |
| CHICAGO TITLE | 2500-000 | N/A | 1,410.00 | 1,410.00 | 1,410.00 |
| CHICAGO TITLE | 2500-000 | N/A | 50.00 | 50.00 | 50.00 |
| CHICAGO TITLE | 2500-000 | N/A | 150.00 | 150.00 | 150.00 |
| CHICAGO TITLE | 2500-000 | N/A | 180.00 | 180.00 | 180.00 |
| DUPAGE COUNTY | 2820-000 | N/A | 189.25 | 189.25 | 189.25 |
| CHICAGO TITLE & TRUST COMPANY | 2820-000 | N/A | 378.50 | 378.50 | 378.50 |
| ASSOCIATED SURVEY | 2500-000 | N/A | 300.00 | 300.00 | 300.00 |
| CITY OF GLEN ELLYN | 2820-000 | N/A | 1,136.00 | 1,136.00 | 1,136.00 |
| HARRIET BODE | 2500-000 | N/A | 403.44 | 403.44 | 403.44 |
| DUPAGE COUNTY CLERK | 2820-000 | N/A | 10,326.33 | 10,326.33 | 10,326.33 |
| CHICAGO TITLE & TRUST COMPANY | 2500-000 | N/A | 1,500.00 | 1,500.00 | 1,500.00 |
| UPS | 2990-000 | N/A | 14.28 | 14.28 | 14.28 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 92.36 | 92.36 | 92.36 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 71,978.37 | 71,978.37 | 71,978.37 |

**UST Form 101-7-TDR (9/1/2009)**

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| IL DEPT OF EMPLOYMENT SECURITY | 5800-000 | N/A | 133.74 | 133.74 | 133.74 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 133.74 | 133.74 | 133.74 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CHASE BANK USA | 7100-000 | N/A | 345.93 | 345.93 | 54.84 |
| FIRST AMERICAN BANK | 7100-000 | N/A | 138,221.28 | 0.00 | 0.00 |
| DISCOVER BANK/DFS SERVICES LLC | 7100-000 | N/A | 14,749.15 | 14,749.15 | 2,338.34 |
| COMERICA BANK | 7100-000 | N/A | 499,275.97 | 499,275.97 | 79,155.42 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 0.00 | 652,592.33 | 514,371.05 | 81,548.60 |

**UST Form 101-7-TDR (9/1/2009)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-15424-JS  
**Case Name:** ESPOSITO, FRANK  
ESPOSITO, LUCILLE  
**Period Ending:** 01/14/10

**Trustee:** (520067) DAVID GROCHOCINSKI, TRUSTEE  
**Filed (f) or Converted (c):** 06/16/08 (f)  
**§341(a) Meeting Date:** 07/15/08  
**Claims Bar Date:** 02/02/09

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | 779 GLENBARD ROAD, GLEN ELLYN, IL | 350,000.00 | 179,174.63 | | 378,519.32 | FA |
| 2 | HOUSEHOLD GOODS | 3,000.00 | 0.00 | | 0.00 | FA |
| 3 | WEARING APPAREL | 500.00 | 0.00 | | 0.00 | FA |
| 4 | ENGAGEMENT RING | 300.00 | 0.00 | | 0.00 | FA |
| 5 | TERM LIFE INSURANCE | 0.00 | 0.00 | | 0.00 | FA |
| 6 | PENSION FROM SEARS | Unknown | 0.00 | | 0.00 | FA |
| 7 | IRAs | 203,722.50 | 0.00 | | 0.00 | FA |
| 8 | 2006 HONDA CIVIC | Unknown | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 124.31 | FA |
| 9 | Assets Totals (Excluding unknown values) | **$557,522.50** | **$179,174.63** | | **$378,643.63** | **$0.00** |

**Major Activities Affecting Case Closing:**

    SOLD REAL ESTATE; REVIEWING CLAIMS AND ACCOUNTANT NEEDS TO PREPARE FINAL TAX RETURNS

    ORDER APPROVING FINAL REPORT ENTERED 9/25/09; REISSUED COMERICA BANK CHECK THAT WAS LOST IN THE MAIL ON 12/22/09; AWAITING CLEARANCE TO PREPARE FINAL ACCOUNT

**Initial Projected Date Of Final Report (TFR):** June 30, 2010     **Current Projected Date Of Final Report (TFR):** August 5, 2009 (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 08-15424-JS | | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|---|
| Case Name: | ESPOSITO, FRANK | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | ESPOSITO, LUCILLE | | Account: | ***-*****80-65 - Money Market Account |
| Taxpayer ID #: | 35-6799132 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 01/14/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/22/08 | | CHICAGO TITLE & TRUST COMPANY | SALE OF REAL ESTATE | | 111,388.25 | | 111,388.25 |
| | {1} | | 378,500.00 | 1110-000 | | | 111,388.25 |
| | | FIRST AMERICAN BANK | FIRST MORTGAGE -145,685.49 | 4110-000 | | | 111,388.25 |
| | | WELLS FARGO BANK | SECOND MORTGAGE -47,218.55 | 4110-000 | | | 111,388.25 |
| | | DUPAGE COUNTY TREASURER | COUNTY TAXES 2008 -9,259.19 | 2820-000 | | | 111,388.25 |
| | | | COMMISSION -18,925.00 | 3510-000 | | | 111,388.25 |
| | | CHICAGO TITLE | TITLE INSURANCE -1,410.00 | 2500-000 | | | 111,388.25 |
| | | CHICAGO TITLE | OVERNIGHT DELIVERY -50.00 FEES | 2500-000 | | | 111,388.25 |
| | | CHICAGO TITLE | COURTHOUSE FEE -150.00 | 2500-000 | | | 111,388.25 |
| | | CHICAGO TITLE | RECORDATION FEES -180.00 | 2500-000 | | | 111,388.25 |
| | | DUPAGE COUNTY | COUNTY STAMPS -189.25 | 2820-000 | | | 111,388.25 |
| | | | STATE STAMPS -378.50 | 2820-000 | | | 111,388.25 |
| | | ASSOCIATED SURVEY | SURVEY COST -300.00 | 2500-000 | | | 111,388.25 |
| | | CITY OF GLEN ELLYN | CITY STAMPS -1,136.00 | 2820-000 | | | 111,388.25 |
| | | HARRIET BODE | WATER BILL -403.44 | 2500-000 | | | 111,388.25 |
| | | FRANK ESPOSITO | EXEMPTION -15,000.00 | 8100-002 | | | 111,388.25 |
| | | LUCILLE ESPOSITO | EXEMPTION -15,000.00 | 8100-002 | | | 111,388.25 |
| | | DUPAGE COUNTY CLERK | REDEMPTION OF -10,326.33 TAXES 2007 | 2820-000 | | | 111,388.25 |
| | | | CREDIT TO BUYER -1,500.00 | 2500-000 | | | 111,388.25 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.43 | | 111,390.68 |
| 01/29/09 | {1} | CHICAGO TITLE & TRUST CO | PROCEEDS FROM SALE OF HOME | 1110-000 | 19.32 | | 111,410.00 |
| 01/29/09 | 1001 | UPS | OVERNIGHT DELIVERY CHARGES | 2990-000 | | 14.28 | 111,395.72 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 13.70 | | 111,409.42 |
| 02/05/09 | 1002 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2008 FOR CASE #08B-15424, BOND#016026455 | 2300-000 | | 92.36 | 111,317.06 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 12.78 | | 111,329.84 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 14.60 | | 111,344.44 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 13.69 | | 111,358.13 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 13.24 | | 111,371.37 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 14.61 | | 111,385.98 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 14.15 | | 111,400.13 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 14.15 | | 111,414.28 |

Subtotals : $111,520.92 $106.64

{} Asset reference(s)      Printed: 01/14/2010 10:34 AM   V.11.54

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 08-15424-JS  
**Case Name:** ESPOSITO, FRANK  
ESPOSITO, LUCILLE  
**Taxpayer ID #:** 35-6799132  
**Period Ending:** 01/14/10

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****80-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 09/25/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.1500% | 1270-000 | 10.96 | | 111,425.24 |
| 09/25/09 | | To Account #********8066 | PREPARE FOR FINAL DISTRIBUTION | 9999-000 | | 111,425.24 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 111,531.88 | 111,531.88 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 111,425.24 | |
| | | | **Subtotal** | | 111,531.88 | 106.64 | |
| | | | Less: Payments to Debtors | | | 30,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$111,531.88** | **$-29,893.36** | |

{} Asset reference(s)                                                                                                     Printed: 01/14/2010 10:34 AM    V.11.54

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 08-15424-JS  
**Case Name:** ESPOSITO, FRANK  
ESPOSITO, LUCILLE  
**Taxpayer ID #:** 35-6799132  
**Period Ending:** 01/14/10

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****80-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/25/09 | | From Account #********8065 | PREPARE FOR FINAL DISTRIBUTION | 9999-000 | 111,425.24 | | 111,425.24 |
| 09/25/09 | 101 | DAVID GROCHOCINSKI, TRUSTEE | Dividend paid 100.00% on $20,680.22, Trustee Compensation;  Reference: | 2100-000 | | 20,680.22 | 90,745.02 |
| 09/25/09 | 102 | DAVID GROCHOCINSKI, TRUSTEE | Dividend paid 100.00% on $100.00, Trustee Expenses;  Reference: | 2200-000 | | 100.00 | 90,645.02 |
| 09/25/09 | 103 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | Dividend paid 100.00% on $5,275.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 5,275.00 | 85,370.02 |
| 09/25/09 | 104 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | Dividend paid 100.00% on $78.80, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 78.80 | 85,291.22 |
| 09/25/09 | 105 | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | Dividend paid 100.00% on $1,530.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,530.00 | 83,761.22 |
| 09/25/09 | 106 | IL DEPT OF EMPLOYMENT SECURITY | Dividend paid 100.00% on $2,078.88; Claim# 001; Filed: $2,078.88; Reference: | 4800-000 | | 2,078.88 | 81,682.34 |
| 09/25/09 | 107 | IL DEPT OF EMPLOYMENT SECURITY | Dividend paid 100.00% on $133.74; Claim# 001; Filed: $133.74; Reference: | 5800-000 | | 133.74 | 81,548.60 |
| 09/25/09 | 108 | CHASE BANK USA | Dividend paid 12.49% on $345.93; Claim# 002; Filed: $345.93; Reference: | 7100-000 | | 43.23 | 81,505.37 |
| 09/25/09 | 109 | FIRST AMERICAN BANK | Dividend paid 12.49% on $138,221.28; Claim# 003; Filed: $138,221.28; Reference: Voided on 09/29/09 | 7100-000 | | 17,272.27 | 64,233.10 |
| 09/25/09 | 110 | DISCOVER BANK/DFS SERVICES LLC | Dividend paid 12.49% on $14,749.15; Claim# 004; Filed: $14,749.15; Reference: | 7100-000 | | 1,843.07 | 62,390.03 |
| 09/25/09 | 111 | COMERICA BANK | Dividend paid 12.49% on $499,275.97; Claim# 005; Filed: $499,275.97; Reference: Stopped on 12/11/09 | 7100-000 | | 62,390.03 | 0.00 |
| 09/29/09 | 109 | FIRST AMERICAN BANK | Dividend paid 12.49% on $138,221.28; Claim# 003; Filed: $138,221.28; Reference: Voided: check issued on 09/25/09 | 7100-000 | | -17,272.27 | 17,272.27 |
| 10/07/09 | 112 | CHASE BANK USA | Dividend paid 15.85% on $345.93; Claim# 002; Filed: $345.93; Reference: | 7100-000 | | 11.61 | 17,260.66 |
| 10/07/09 | 113 | DISCOVER BANK/DFS SERVICES LLC | Dividend paid 15.85% on $14,749.15; Claim# 004; Filed: $14,749.15; Reference: | 7100-000 | | 495.27 | 16,765.39 |
| 10/07/09 | 114 | COMERICA BANK | Dividend paid 15.85% on $499,275.97; Claim# 005; Filed: $499,275.97; Reference: | 7100-000 | | 16,765.39 | 0.00 |
| 12/11/09 | 111 | COMERICA BANK | Dividend paid 12.49% on $499,275.97; Claim# 005; Filed: $499,275.97; Reference: Stopped: check issued on 09/25/09 | 7100-000 | | -62,390.03 | 62,390.03 |
| 12/22/09 | 115 | COMERICA BANK | REISSUANCE OF CHECK # 111 | 7100-000 | | 62,390.03 | 0.00 |

Subtotals :   $111,425.24   $111,425.24

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 08-15424-JS  
**Case Name:** ESPOSITO, FRANK  
ESPOSITO, LUCILLE  
**Taxpayer ID #:** 35-6799132  
**Period Ending:** 01/14/10

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****80-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 111,425.24 | 111,425.24 | $0.00 |
| | | | Less: Bank Transfers | | 111,425.24 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 111,425.24 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $111,425.24 | |

```
      Net Receipts :        111,531.88
 Plus Gross Adjustments :   267,111.75
 Less Payments to Debtor :   30,000.00
                          _____
        Net Estate :       $348,643.63
```

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # ***-*****80-65** | 111,531.88 | -29,893.36 | 0.00 |
| **Checking # ***-*****80-66** | 0.00 | 111,425.24 | 0.00 |
| | $111,531.88 | $111,531.88 | $0.00 |